IN THE DISTRICT COURT OF APPEAL
FIRST DISTRICT, STATE OF FLORIDA

LONZELL COPELAND,

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

     Appellant,

v.

CASE NO. 1D15-5106

STATE OF FLORIDA,

     Appellee.

_____/

Opinion filed September 14, 2016.

An appeal from the Circuit Court for Leon County.
Frank E. Sheffield, Judge.

Nancy A. Daniels, Public Defender, and Steven L. Seliger, Assistant Public Defender, for Appellant.

Pamela Jo Bondi, Attorney General, for Appellee.

PER CURIAM.

     AFFIRMED.

LEWIS, BILBREY, and WINOKUR, JJ., CONCUR.